UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 03-cr-00387-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVID E. CLARKSON,

    Defendant.

## ORDER DENYING MOTION FOR COLORADO HOUSING ASSIGNMENT

THIS MATTER comes before the Court on the Defendant's Motion **(#33)** asking the Court to order or recommend that he remain housed in a federal prison in the State of Colorado. Because the Defendant filed such motion *pro se*, the Court construes it liberally as a motion to modify his sentence.

The relief which the Defendant requests is not authorized by either 28 U.S.C. § 2255 or Fed. R. Crim. P. 35. In addition, the Court lacks the authority to order a particular housing assignment, as such matters are within the decision-making authority of the Bureau of Prisons. *See, generally, Prows v. Federal Bureau of Prisons*, 981 F.2d 466 (10th Cir. 1992). The Court also declines to recommend any particular housing assignment and defers to the judgment of the

Bureau of Prisons.

**IT IS THEREFORE ORDERED** that the Motion **(#33)** is **DENIED**.

Dated this 15th day of May, 2006

BY THE COURT:

*[signature: Marcia S. Krieger]*

Marcia S. Krieger
United States District Judge